HARVEY P. SACKETT (72488)

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.

**E-filed 6/14/06**

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER L. SCHAAF, ) | Civil No. 05-05085 JF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Friday, June 7, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|     |     |
| --- | --- |
|     | _____ |
|     | KEVIN V. RYAN |
|     | United States Attorney |

Dated: June 5, 2006        /s/_____
                    SARA WINSLOW
                    Assistant U.S. Attorney

Dated: June 5, 2006        /s/_____
                    HARVEY P. SACKETT
                    Attorney for Plaintiff
                    ROGER L. SCHAAF

IT IS SO ORDERED.

Dated:   6/14/06        _____
                    HON. JEREMY FOGEL
                    United States District Judge

2

STIPULATION AND ORDER