HARVEY P. SACKETT (72488)                    **E-filed 8/11/06**

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER L. SCHAAF, | ) Civil No. 05-05085 JF |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Wednesday, September 6, 2006 in which to file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney




Dated: August 7, 2006                   /s/_____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney




Dated: August 7, 2006                   /s/_____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        ROGER L. SCHAAF


IT IS SO ORDERED.


Dated:   8/11/06                        _____
                                        HON. JEREMY FOGEL
                                        United States District Judge
```

2

STIPULATION AND ORDER