**E-filed 9/29/06**

KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROGER SCHAAF, | )<br>) |
| Plaintiff, | ) CIVIL NO.   05-05085 JF<br>) |
| v. | ) STIPULATION AND ORDER EXTENDING<br>) DEFENDANT'S TIME TO FILE |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) RESPONSE TO PLAINTIFF'S<br>) MOTION FOR SUMMARY JUDGMENT<br>) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 45 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on October 5, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on December 20, 2006.

///
///
///
///
///
///

---

[1] See attached Declaration of Katherine Loo.

1   This is defendant's first request.

5   Dated: September 18, 2006        /s/
                                     HARVEY P. SACKETT
6                                    Attorney for Plaintiff

                                     KEVIN V. RYAN
8                                    United States Attorney

12  Dated: September 18, 2006   By:    /s/
                                     SARA WINSLOW
13                                   Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

19  Dated:   9/29/06                 _____
                                     JEREMY FOGEL
20                                   United States District Judge

SCHAAF EXT.MXSJ (kl)
C 05-05085 JF                        2

KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Acting Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SCHAAF, | CIVIL NO. 05-05085 JF |
| Plaintiff, | DECLARATION OF KATHERINE R. LOO IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

KATHERINE R. LOO declares as follows:

1. I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration ("SSA"), Region IX.

2. I am authorized and competent to make this declaration, and make the statements herein based on my own personal knowledge.

3. I currently have several cases which require responsive briefs due in the next month. Furthermore, I will be out of the office from September 7 through 11 and on September 15, 2006. Therefore, I will not have sufficient time to prepare an appropriate response by the scheduled due date.

4. On behalf of Defendant Commissioner of Social Security, I request a 45-day extension of time to permit Defendant Commissioner to respond appropriately to Plaintiff's motion.

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.
3  Executed in San Francisco, California on September 18, 2006.

        By    /s/
            KATHERINE R. LOO
            Assistant Regional Counsel
            Declarant

2