**E-Filed 4/17/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROGER L. SCHAAF,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of<br>Social Security,<br><br>Defendant. | Case Number C 05-05085 JF<br><br>ORDER[1] DENYING MOTION TO<br>ALTER OR AMEND ORDER<br>GRANTING DEFENDANT'S<br>MOTION FOR SUMMARY<br>JUDGMENT<br><br>[re: docket nos. 12, 15] |

Plaintiff Roger Schaaf moves to alter or amend the order granting Defendant's motion for summary judgment.  A motion for reconsideration of summary judgment may be brought pursuant to Federal Rule of Civil Procedure 59(e).  *School District No. 1J, Multnomah County v. ACandS*, 5 F.3d 1255, 1262 (9th Cir. 1993); *Fuller v. M.G. Jewelry*, 950 F.2d 1437, 1442 (9th Cir. 1991).  The decision whether to grant reconsideration is committed to the sound discretion of the district court and will be reviewed only for abuse of discretion.  *Multnomah*, 5 F.3d at 1262.  Reconsideration pursuant to Rule 59(e) is appropriate if:  (1) the district court is presented with newly discovered evidence; (2) the district court committed clear error or the initial decision

[1] This disposition is not designated for publication and may not be cited.

1    was manifestly unjust; or (3) there is an intervening change in controlling law. *Id*. at 1263. The

2    repetition of arguments which the district court already considered and rejected is not a proper

3    basis for reconsideration. *Fuller*, 950 F.2d at 1442.

4        Plaintiff asserts that the Court endorsed four manifest errors of law. Two of these

5    asserted bases of error pertain to the ALJ's alternative finding that Plaintiff could return to his

6    past relevant work. Because the Court did not affirm this aspect of the ALJ's decision, it need

7    not address these asserted grounds of error. The two remaining asserted bases of error repeat

8    arguments made to the Court previously and do not identify clear error. Accordingly, the motion

9    to alter or amend the order granting Defendant's motion for summary judgment will be DENIED.

10

11   DATED: April 17, 2007.

12

13

14                                                    _____
                                                      JEREMY FOGEL
15                                                    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1   This Order has been served upon the following persons:

2   Katherine Loo                    katherine.loo@ssa.gov,

3   Harvey Peter Sackett             hps@hpspc.com, lucyc@sackettlaw.com; julie@sackettlaw.com;
                                     juanita@sackettlaw.com
4
    Sara Winslow                     sara.winslow@usdoj.gov, kathy.terry@usdoj.gov;
5                                    claire.muller@usdoj.gov

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 05-5085 JF
ORDER DENYING MOTION TO ALTER OR AMEND ORDER GRANTING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT
(JFLC1)